AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Jaime Herrera )
 )  Case No. 25-807mJ
 )
 )
 )

*Defendant(s)*

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 21 2025

MITCHELL R. ELFERS
CLERK OF COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 17, 2025__ in the county of __Lea__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875 (c) | Interstate Communications |

This criminal complaint is based on these facts:
See Affidavit, attached and incorporated herein, by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bradley A. Carney, U.S. Postal Inspector
*Printed name and title*

Sworn to before me telephonically.

Date: 4/21/25

_____
*Judge's signature*

City and state: Las Cruces, New Mexico          Gregory J. Fouratt, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

United States of America,

    Plaintiff,

vs.

**Jaime Herrera**,

    Defendant.

## AFFIDAVIT

I, Bradley Carney, U.S. Postal Inspector, having been duly sworn, do depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since February 2017. I have completed a twelve-week basic training course in Potomac, Maryland, which included training in the investigation of violent crimes of United States Postal Service (USPS) facilities and employees. I am currently assigned to the Phoenix Division, Albuquerque, NM Domicile which is responsible for investigating crimes involving the U.S. Postal Service. During my career as a federal law enforcement officer, I have participated in financial crimes, robberies, burglaries, drug trafficking, and violent crime investigations.

2. This Affidavit is made for the limited purpose of establishing probable cause that Jaime Hererra committed the following criminal offense: Interstate Communications, in violation of 18 U.S.C. § 875(c).

3. My knowledge of the facts alleged in this Affidavit arises from my training and experience, my personal observations, my participation in the investigation described below, information developed by law enforcement agents, my discussions with witnesses and the defendant, and my review of documents. This Affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

### DETAILS OF INVESTIGATION

4. On April 17, 2025, The United States Postal Inspection Service received a report about a customer who threatened to harm Postal Employees on a customer care phone call. At approximately 1:43 p.m. Pacific Daylight Savings Time, on April 17, 2025, Jaime Herrera (Herrera) called a United States Postal Service Customer Care Representative and spoke with an employee who is assigned at the USPS call center in Los Angeles, California, to

file a complaint about his mail delivery. Herrera called the USPS Customer Care Service from phone number 575-605-3250. Herrera stated his name was "Jaime" during the phone call. Below are parts of the recorded phone call transcribed by a computer software and verified by your affiant:

5.

Herrera: *I've just been having issue with your mailman, but that's cool. Y'all don't want to fix that problem, so they're just gonna get their self hurt. I, I warned you up plenty of times man. And y'all don't want to fix the issue, so I'm gonna take care of that problem my damn self.*

Call Taker: *Well, you're not gonna be able to hurt anybody. Don't do anything like that.*

Herrera: *You want to bet.*

Call Taker: *You wanna bet? Okay. I'm gonna have to report you to the postal inspection service if you want to go that route. That's what I'll do right now for, go ahead,*

Herrera: *Go ahead. That's fine that you brought that issues up on y'all self. Y I've called y'all seven or eight times about this and y'all don't want to fix it. What? What's going on? So y'all are the ones putting, y'all are the ones putting y'all mailman in danger. So go ahead.*

Herrera: *Y'all wanna find the to report me, that's fine because I, I'm highly upset. So if I see one of 'em, I'm, I'm probably gonna end up going to prison, honestly. So if you want to report me to the cops, that's fine. They, they don't, they don't scare me. They're not gonna do nothing and I can promise you that.*

Call Taker: *Well, I don't want you to do anything you don't regret. Don't anything like that.*

Herrera: *I don't. I have no regrets sir. Nothing in my life that I've done have I ever regretted because I'm saying if this happens one more time, I'm not even gonna call y'all. I'm just gonna act. So if y'all end up with a missing uh, mail man, y'all already know y'all are the ones who put him in danger, not.*

Call Taker: *Okay? That looks like you know this. Convey the information, don't do anything and your family miss you and you'll regret. Don't do anything like that. Find consumer affairs phone number.*

Herrera: *Well then if it don't get fixed right away, then somebody's gonna get hurt right away. That's all I'm telling you. Tell the cops tell the FBI them on America's Most Wanted. I don't give a damn. I don't*

Call Taker: *You upset. I know you are frustrated*

2

Herrera: *Y'all are the ones that are gonna get somebody freaking hurt because I have to do this shit every day. I have to call y'all every day and this doesn't get fixed. So until it gets fixed, somebody's gonna get their skull crushed. I don't care who it is either.*

Herrera: *Is y'all, y'all, y'all expect me not to. Y'all expect me not to get upset and then y'all do stupid stuff to piss me off even more. So that's just gonna cause your mailman to get hurt. The next I'm just gonna sit by the window and wait until they show up. Yeah, that's what I'm gonna do. Just*

Call Taker: *Wish you, uh, wouldn't threaten no one. Don't do that. You, you don't want to threaten no one or change your life of your future and your family. So don't do anything*

Herrera: *Like that or what*

Call Taker: *Or what*

Herrera: *Or why you gonna call the police.*

Call Taker: *Well go ahead. I report, you know, I'm gonna report it so that way we can all protect and protect you too. Okay? Was there anything else?*

Herrera: *I don't need protection. I don't need protection bro. I don't need protection. People need protection from me.*

Call Taker: *I understand sir. But I'd like to say this and your mail.*

Herrera: *Well like I said, you better hope your mailman is looking over his shoulder tomorrow 'cause I'm gonna be really looking out for him.*

Call Taker: *Okay? Fair enough.*

Herrera: *With the gun loaded too. With the gun loaded. So let him know that he better put the mailbox door back correctly how it goes. And I'm not asking, I'm telling y'all*

Call Taker: *I understand sir, how you feel? I do apologize. I'm sick instead*

Herrera: *Of asking it. I've asked nicely plenty of times. I'm not asking nicely no more. Next time he does that, not only is he gonna get hurt, I'm going to the postal office to cause problem. Call the police. Like I said the FBI America's most wanted. Ain't nobody gonna do nothing bro. Nobody.*

Call Taker: *Okay, sir, I understand that. Don't do anything, um, or you'll regret I don't.*

3

    Herrera: *I you need to stop telling me that because you're really starting to piss me off and I can come find you. I'll find out where you live, trust me, or where your kids go to school. I have no problem doing that.*

6. Herrera previously contacted USPS customer service centers several times about this issue since 2023, however, no other complaints about him threatening federal employees have been reported to the Postal Inspection Service.

7. On the same day, Inspectors requested Hobbs Police Department to respond to Herrera's residence to attempt to interview him. Herrerra did not come to the door.

8. A search of law enforcement and USPS databases indicate that phone number 575-605-3250 is registered to Herrera. Herrera is known by the USPS to reside at a residence located on W. Midwest Street, Hobbs, New Mexico 88240. USPS database indicates Herrera has called USPS call centers using the phone number above several times since 2023.

9. On April 18, 2025, your Affiant called Herrera on the phone and identified himself as a Postal Inspector. During the phone call, Herrera stated that he was upset with his mailman. Your Affiant asked Herrera if he still intends to harm any postal employee. Herrera said, "Correct." Your Affiant then asked Herrera if he made the phone call to the USPS complaint line after he received his mail at his residence on W. Midwest St., Hobbs, New Mexico 88240. Herrera said, "Correct." Your affiant then asked when the last time he traveled out of state. Herrera indicated it was probably last year.

10. Paragraph 9 is a summary of the recorded phone conversation with Herrera and is not a verbatim transcription of the entire phone call.

## CONCLUSION

11. Based on the aforementioned facts, to include the fact that Herrera made the threating phone call from New Mexico to the USPS Customer Service Center in California, I believe probable cause exists to issue a criminal complaint charging the following criminal offense: Interstate Communications, in violation of 18 U.S.C. § 875(c).

                                                                           Bradley A. Carney
                                                                           United States Postal Inspector

Subscribed and sworn to before me telephonically this 18th day of April 2025

21st

_____
Honorable Gregory J. Fouratt
United States Magistrate Judge